DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Anderson v. Black & Decker<br><br>Case below:<br>157 N.C. App. 716 | No. 334P03 | Plt's PDR Under N.C.G.S. § 7A-31 (COA02-794) | Denied |
| Barnes v. Erie Ins. Exch.<br>Case below:<br>156 N.C. App. 270 | No. 187P03 | Plt's PDR Under N.C.G.S. § 7A-31 (COA02-197) | Denied |
| Bass v. Durham Cty. Hosp. Corp.<br><br>Case below:<br>158 N.C. App. 217 | No. 349A03 | 1. Def's (Rich) NOA Based Upon a Dissent (COA02-841)<br><br>2. Def's (Rich) PDR as to Additional Issues<br><br>3. Def's (Durham County Hospital) NOA Based Upon a Dissent<br><br>4. Def's (Durham County Hospital) PDR as to Additional Issues | 1. ——<br><br>2. Denied<br><br>3. ——<br><br>4. Denied |
| Bennett v. Harmon<br><br>Case below:<br>146 N.C. App. 447 | No. 202P03 | 1. Plt's PWC to Review the Decision of the COA (COA00-1055)<br><br>2. Plt's PWC to Review the Order of the COA<br><br>3. Plt's Motion to Expedite Petition to Review Public Records Act (PWC to Review.Order of COA) | 1. Denied<br><br>2. Denied<br><br>3. Dismissed |
| Brown v. Woodrun Ass'n<br>Case below:<br>157 N.C. App. 121 | No. 233P03 | Def's PDR Under N.C.G.S. § 7A-31 (COA02-704) | Denied |
| Campbell v. Anderson<br>Case below:<br>156 N.C. App. 371 | No. 190P03 | Defs' PDR Under N.C.G.S. § 7A-31 (COA02-574) | Denied |